IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| POLYMEDIX, INC., | : | Case No. 13-10689 (BLS) |
| | : | |
| Debtors. | : | |

**CERTIFICATION OF COUNSEL REGARDING REVISIONS TO TRUSTEE'S FINAL REPORT FOR THE ESTATE OF POLYMEDIX, INC., CASE NO. 13-10689 (BLS)**

I, Jeoffrey L. Burtch, Chapter 7 Trustee for the estate of Polymedix, Inc., hereby certify as follows:

1. On June 27, 2018, the Office of the United States Trustee filed its Statement of Review regarding the Trustee's Final Report ("TFR") in the case of Polymedix, Inc. (Case No. 13-10689 (BLS)) (the "Inc. Case"). D.I. 56.

2. On June 29, 2018, the Trustee filed his Notice of Final Report in the Inc. Case. D.I. 59. A hearing was scheduled on the TFR for August 8, 2018, with objections due within 21 days of the mailing of the Notice of Final Report.

3. On July 5, 2018, BNC filed its Certificate of Mailing regarding the Notice of Final Report in the Inc. Case. D.I. 60.

4. On July 12, 2018, claimant Edward Smith contacted counsel for the Trustee with an informal response to the TFR in the Inc. Case. Mr. Smith's response concerned the liability of the Polymedix, Inc. estate on a portion of his claims.

5. After discussion with the Trustee, on July 23, 2018, Mr. Smith filed a Notice of Withdrawal regarding his amending claim 32-2 in the Inc. Case (the "Smith Withdrawal"). D.I. 61.

6. The Smith Withdrawal has resulted in a reinstatement of Mr. Smith's originally filed claim, claim number 32-1 against the Polymedix, Inc. estate. This required the Trustee to

revise his proposed distribution in the Inc. Case to reflect the revised liability asserted by Mr. Smith (the "Revised Proposed Distribution").

7. Due to the Revised Proposed Distribution, the August 8, 2018 hearing was continued to September 12, 2018 at 9:00 a.m.

8. Therefore, the Trustee has amended the proposed order of distribution to reflect those changes (the "Amended Order of Distribution").

9. Wherefore, as the Trustee has provided notice to the affected parties in the Revised Proposed Distribution and having received no objections, the Trustee respectfully requests that the Amended Order of Distribution attached hereto be entered at the earliest convenience of the Court.

Dated: August 30, 2018          */s/ Jeoffrey L. Burtch, Chapter 7 Trustee*
                                Jeoffrey L. Burtch, Chapter 7 Trustee
                                919 North Market Street, Suite 460
                                Wilmington, DE 19801
                                (302) 472-7427
                                (302) 792-7427 Fax