# EXHIBIT A
# CERTIFICATION OF COUNSEL REGARDING REVISIONS TO TRUSTEE'S FINAL REPORT FOR THE ESTATE OF POLYMEDIX, INC.; CASE NO. 13-10689-BLS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

POLYMEDIX, INC.;                                    Case No.  13-10689 (BLS)



Debtor.

**REVISED ORDER OF DISTRIBUTION**

AND NOW, this _____ day of _____, 20___, the Trustee, <u>JEOFFREY L. BURTCH, TRUSTEE,</u> is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution attached to this Order as Exhibit A, estate monies in the amounts indicated in such Schedule(s), (ii) this Order is effective immediately, notwithstanding the fourteen day stay imposed by Bankruptcy Rule 6004(h), and (iii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.


_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE


DATED:  _____

# EXHIBIT A

Case No.: 13-10689-BLS
Case Name: POLYMEDIX, INC.
Trustee Name: JEOFFREY L. BURTCH, TRUSTEE

**Balance on hand:**                     $          249,078.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 37-2S | MidCap Financial SBIC, LP, in its capacity as administrative | 6,346,666.66 | 6,346,666.66 | 4,238,500.00 | 0.00 |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          249,078.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 170,014.98 | 0.00 | 170,014.98 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 297.08 | 0.00 | 297.08 |
| Attorney for Trustee, Fees - COOCH AND TAYLOR, P.A. | 79,122.17 | 59,516.60 | 19,605.57 |
| Attorney for Trustee, Expenses - COOCH AND TAYLOR, P.A. | 1,719.44 | 879.68 | 839.76 |
| Accountant for Trustee, Fees - COVER & ROSSITER, P.A. | 16,133.79 | 0.00 | 16,133.79 |
| Accountant for Trustee, Expenses - COVER & ROSSITER, P.A. | 187.84 | 0.00 | 187.84 |
| Other Expenses: BLUE MARBLE LOGISTICS, LLC | 55.42 | 55.42 | 0.00 |
| Attorney for Trustee Fees - COZEN O' CONNOR | 208,382.22 | 193,212.89 | 15,169.33 |
| Attorney for Trustee Fees - PEPPER HAMILTON, LLP | 63,987.50 | 63,987.50 | 0.00 |
| Attorney for Trustee Expenses - COZEN O' CONNOR | 6,175.31 | 6,024.45 | 150.86 |
| Attorney for Trustee Expenses - PEPPER HAMILTON, LLP | 59,760.72 | 59,760.72 | 0.00 |
| Other Expenses: BMC GROUP VDR, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: COOCH AND TAYLOR, P.A. | 721.00 | 721.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES LTD. | 743.36 | 743.36 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $          222,399.21
Remaining balance:     $          26,679.31

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00

Remaining balance:    $    26,679.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,354.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 420.00 | 0.00 | 420.00 |
| | INTERNAL REVENUE SERVICE | 180.89 | 0.00 | 180.89 |
| | INTERNAL REVENUE SERVICE | 773.45 | 0.00 | 773.45 |
| 3 | Yongjiang Xu | 0.00 | 0.00 | 0.00 |
| 4 | Yongjiang Xu | 0.00 | 0.00 | 0.00 |
| 15 | Damian Weaver | 0.00 | 0.00 | 0.00 |
| 15 -2 | Damian Weaver | 0.00 | 0.00 | 0.00 |
| 16P | Yongjiang Xu | 0.00 | 0.00 | 0.00 |
| 24P | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
| 27P | Internal Revenue Service | 505.30 | 0.00 | 505.30 |
| 32 -2 | Edward Smith | 11,227.00 | 0.00 | 0.00 |
| 32P | Edward Smith | 12,475.00 | 0.00 | 12,475.00 |

Total to be paid for priority claims:    $    14,354.64

Remaining balance:    $    12,324.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,803,312.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 7,960.80 | 0.00 | 35.00 |
|  | INTERNAL REVENUE SERVICE | 420.00 | 0.00 | 1.85 |
|  | INTERNAL REVENUE SERVICE | 14,396.17 | 0.00 | 63.29 |
| 1 | Astatech, Inc | 347.23 | 0.00 | 1.53 |
| 2 | ABC Laboratories, Inc. | 20,880.00 | 0.00 | 91.80 |
| 5 | EPL PATHOLOGY ARCHIVES, INC. | 200.00 | 0.00 | 0.88 |
| 6 | GENEWIZ, Inc. | 0.00 | 0.00 | 0.00 |
| 7 | Memorial Health System Inc. | 4,000.00 | 0.00 | 17.59 |
| 8 | Institute for Clinical Pharmacodynamics, Inc. ICPD | 31,580.00 | 0.00 | 138.84 |
| 9 | Synquest Laboratories Inc. | 235.48 | 0.00 | 1.04 |
| 10 | Artic Ice & Chemical Inc. | 210.00 | 0.00 | 0.92 |
| 11 | Pharsight Corporation | 46,720.96 | 0.00 | 205.41 |
| 12 | Johnson Matthey Catalog Company | 167.12 | 0.00 | 0.73 |
| 13 | PolyMedix, Inc. | 0.00 | 0.00 | 0.00 |
| 13 -2 | PIRAMAL HEALTHCARE | 132,462.28 | 0.00 | 582.37 |
| 14 | Adesis, Inc. | 23,015.00 | 0.00 | 101.18 |
| 16U | Yongjiang Xu | 0.00 | 0.00 | 0.00 |
| 17 | Mediant Communication | 967.32 | 0.00 | 4.25 |
| 18 | AAIPharma Services Corp. | 35,402.37 | 0.00 | 155.65 |
| 19 | Concur Technologies, Inc. | 2,116.02 | 0.00 | 9.30 |
| 20 | Medicilon Preclinical Research | 22,800.00 | 0.00 | 100.24 |
| 21 | Lyophilization Technology, Inc. | 103,225.50 | 0.00 | 453.83 |
| 22 | Veolia ES Technical Solutions, LLC | 0.00 | 0.00 | 0.00 |
| 22 -2 | Veolia ES Technical Solutions, LLC | 7,999.52 | 0.00 | 35.17 |
| 23 | United Parcel Service | 0.00 | 0.00 | 0.00 |
| 23 -2 | United Parcel Service | 1,234.12 | 0.00 | 5.43 |

| | | | | |
|---|---|---|---|---|
| 24U | Nicholas Landekic | 0.00 | 0.00 | 0.00 |
| 25 | Biomodels, LLC | 45,000.00 | 0.00 | 197.84 |
| 26 | Nicholas Farina Regulatory Warriors LLC | 120,500.00 | 0.00 | 529.77 |
| 27U | Internal Revenue Service | 6.00 | 0.00 | 0.03 |
| 28 | The LLB Group | 12,694.00 | 0.00 | 55.81 |
| 29 | Global Crossing Telecommunications, Inc. | 1,331.99 | 0.00 | 5.86 |
| 30 | Evelina Cohn Budu | 0.00 | 0.00 | 0.00 |
| 31 | inVentiv Health Clinical Lab | 855.00 | 0.00 | 3.76 |
| 32U | Edward Smith | 992,839.00 | 0.00 | 4,364.97 |
| 33 | Sterne, Kessler, Goldstein & Fox PLLC | 374,263.45 | 0.00 | 1,645.43 |
| 34 | Pepper Hamilton LLP | 779,837.78 | 0.00 | 3,428.53 |
| 35 | Almac Clinical Services LLC | 19,645.10 | 0.00 | 86.37 |

Total to be paid for timely general unsecured claims: $     12,324.67

Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 111,574.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | University of North Texas Health Science Center | 97,942.98 | 0.00 | 0.00 |
| 37 | MidCap Financial SBIC, LP, in its capacity as administrative | 0.00 | 0.00 | 0.00 |
| 38 | Broadridge ICS | 13,631.99 | 0.00 | 0.00 |
| 39 | Elsevier, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $     0.00

Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,824,214.63 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| 37-2U | MidCap Financial SBIC, LP, in its capacity as administrative | 1,824,214.63 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00